Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25365−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph W Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Angela M Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Social Security No.:
  xxx−xx−4299                                  xxx−xx−2785

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on December 14, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 34 − 20
Order Approving Interim Confirmation Order (related document:20 Modification of Chapter 13 Plan and Motions − Before Confirmation filed by Debtor Joseph W Carr, Joint Debtor Angela M Carr). Payments in the amount of $ 774.00 per month, beginning 01/01/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/14/2018. (ml)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 14, 2018
JAN: ml

                                                          Jeanne Naughton
                                                          Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                         Case No. 18-25365-ABA
Joseph W Carr                                                  Chapter 13
Angela M Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin             Page 1 of 1             Date Rcvd: Dec 14, 2018
                                Form ID: orderntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
lm            +Bank of America,   c/o Managing Officer,   4909 Savarese Circle,   Tampa, FL 33634-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    EverBank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    EverBank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Joseph W Carr ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Angela M Carr ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8