Case 18-25365-ABA    Doc 40    Filed 03/19/19    Entered 03/19/19 08:06:04    Desc Ntc of
Hrg on Aplc for Comp    Page 1 of 1

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25365−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph W Carr  
1717 Herbert Blvd.  
Williamstown, NJ 08094  

Angela M Carr  
1717 Herbert Blvd.  
Williamstown, NJ 08094  

Social Security No.:
   xxx−xx−4299                                                        xxx−xx−2785

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       4/25/19
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mitchell L. Chambers, Jr. − Attorney for Debtor

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
Expenses: $40.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 19, 2019
JAN: dac

Jeanne Naughton
Clerk