Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25365−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph W Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Angela M Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Social Security No.:
xxx−xx−4299                              xxx−xx−2785

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       4/25/19
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mitchell L. Chambers, Jr. − Attorney for Debtor

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
Expenses: $40.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 19, 2019
JAN: dac

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-25365-ABA
Joseph W Carr                                                       Chapter 13
Angela M Carr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2              Date Rcvd: Mar 19, 2019
                                Form ID: 137                Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
```
db/jdb         +Joseph W Carr,   Angela M Carr,   1717 Herbert Blvd.,   Williamstown, NJ 08094-8613
lm             +Bank of America,   c/o Managing Officer,   4909 Savarese Circle,   Tampa, FL 33634-2413
517677926      +Apex Asset Management,   Attn: Bankruptcy,   2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517677928      +BANK OF AMERICA,   4909 SAVARESE CIRCLE,   Tampa, FL 33634-2413
517775290      +Cardiovascular Assoc of Delaware Valley,   Apex Asset Management, LLC,   PO Box 5407,
                 Lancaster, PA 17606-5407
517677929      +Eos Cca,   Attn: Bankruptcy,   Po Box 329,   Norwell, MA 02061-0329
517677931      +Financial Recoveries,   Attn: Bankruptcy,   Po Box 1388,   Mount Laurel, NJ 08054-7388
517677932      +Kennedy Health System,   P.O. Box 48023,   Newark, NJ 07101-4823
517677933       LOURDES CARDIOLOGY,   105 LAUREL OAK ROAD,   STE 165,   Voorhees, NJ 08043
517677934      +LOURDES HOSPITAL,   1600 HADDON AVENUE,   Camden, NJ 08103-3101
517677935      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517677936      +Remex Inc,   Attn: Bankruptcy,   307 Wall St.,   Princeton, NJ 08540-1515
517677937      +THOMAS AND COOK,   57 COOPER STREET,   2ND FLOOR,   Woodbury, NJ 08096-4650
517806188       TIAA, FSB, FORMERLY KNOWN AS EVERBANK,   c/o Bank of America,   PO Box 31785,
                 Tampa, FL 33631-3785
517700953      +U.S. Dept of Housing and Urban Development,   451 7th Street, S.W.,   Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 23:36:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 23:36:11     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517795843       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2019 23:37:31
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517677927      +E-mail/Text: paymentprocessing@avanteusa.com Mar 19 2019 23:35:10     Avante,
                 3600 South Gessner Road,   Ste 225,   Houston, TX 77063-5357
517677930      +E-mail/Text: bknotice@ercbpo.com Mar 19 2019 23:36:17     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
517797875       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2019 23:37:31
                 LVNV Funding, LLC its successors and assigns as,   assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517694489      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2019 23:37:32     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517810569      +E-mail/Text: BKRMailOps@weltman.com Mar 19 2019 23:36:18     U.S Asset Management,
                 c/o Weltman,Weinberg and Reis Co. L.P.A.,   323 West Lakeside Avenue,
                 Cleveland OH 44113-1085
517803906      +E-mail/Text: BKRMailOps@weltman.com Mar 19 2019 23:36:18     U.S. Asset Management,
                 c/o Weltman,Weinberg,and Reis Co.,L.P.A.,   PO Box 93784,   Cleveland, OH 44101-5784
                                                                                                TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Mar 19, 2019
                              Form ID: 137             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    EverBank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    EverBank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    TIAA, FSB, FORMERLY KNOWN AS
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Joseph W Carr ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Angela M Carr ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```