Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25365−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph W Carr | Angela M Carr |
| 1717 Herbert Blvd. | 1717 Herbert Blvd. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
   xxx−xx−4299                                       xxx−xx−2785

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 March 18, 2022
Time:                       09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*91* – Objection to trustee cod (related document:89 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/22/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mitchell L Chambers Jr.Warning: party not known. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Chambers, Mitchell)

and transact such other business as may properly come before the meeting.

Dated: February 17, 2022
JAN:

                                                          Jeanne Naughton
                                                          Clerk