UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Mitchell Lee Chambers
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

**Order Filed on June 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Angela Carr

Case No.:   18-25365

Judge: ABA

Chapter 7

# ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 22, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER being opened to the Court by Mitchell Lee Chambers, attorneys for the Debtor, and Debtor wishing to convert the case to a Chapter 7 Bankruptcy:

1. The above entitled case be and the same hereby is converted to a case under Chapter 7 of the Code;

2. The Chapter 13 Trustee within thirty days of the date hereof shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as provided in Bankruptcy Rule 1019(6);

3. The Chapter 13 Trustee shall forthwith turn over to the Chapter 7 Trustee all records and property of the estate in the Chapter 13 Trustee's custody and control as provided in Bankruptcy Rule 1019(4) if requested by the Chapter 7 Trustee; and

4. Upon compliance with the terms of this order, the said Chapter 13 trustee is hereby discharged.