Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25365−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph W Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Angela M Carr
1717 Herbert Blvd.
Williamstown, NJ 08094

Social Security No.:
xxx−xx−4299

xxx−xx−2785

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor only was entered on June 21, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 21, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-25365-ABA
Joseph W Carr     Chapter 13
Angela M Carr
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Jun 21, 2022     Form ID: 148     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph W Carr, Angela M Carr, 1717 Herbert Blvd., Williamstown, NJ 08094-8613 |
| 517775290 | + | Cardiovascular Assoc of Delaware Valley, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517677931 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517677932 | + | Kennedy Health System, P.O. Box 48023, Newark, NJ 07101-4823 |
| 517677933 | | LOURDES CARDIOLOGY, 105 LAUREL OAK ROAD, STE 165, Voorhees, NJ 08043 |
| 517677934 | + | LOURDES HOSPITAL, 1600 HADDON AVENUE, Camden, NJ 08103-3101 |
| 517677935 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2022 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2022 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | EDI: BANKAMER.COM | Jun 22 2022 01:53:00 | Bank of America, c/o Managing Officer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517677927 | | Email/Text: paymentprocessing@avanteusa.com | Jun 21 2022 21:58:00 | Avante, 3600 South Gessner Road, Ste 225, Houston, TX 77063 |
| 517677926 | ^ | MEBN | Jun 21 2022 21:55:01 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517795843 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2022 22:01:36 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517677928 | + | EDI: BANKAMER.COM | Jun 22 2022 01:53:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, Tampa, FL 33634-2413 |
| 517677930 | + | Email/Text: bknotice@ercbpo.com | Jun 21 2022 21:59:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517677929 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 21 2022 21:59:00 | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 517797875 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2022 22:01:37 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: 148 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517677936 | + | Email/Text: clientservices@remexinc.com | Jun 21 2022 21:58:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517694489 | + | EDI: AIS.COM | Jun 22 2022 01:53:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517806188 | | EDI: BANKAMER.COM | Jun 22 2022 01:53:00 | TIAA, FSB, FORMERLY KNOWN AS EVERBANK, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517810569 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2022 21:59:00 | U.S Asset Management, c/o Weltman,Weinberg and Reis Co. L.P.A., 323 West Lakeside Avenue, Cleveland OH 44113-1085 |
| 517803906 | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2022 21:59:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 517700953 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 21 2022 22:01:24 | U.S. Dept of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517677937 | ##+ | THOMAS AND COOK, 57 COOPER STREET, 2ND FLOOR, Woodbury, NJ 08096-4650 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor EverBank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor TIAA FSB, FORMERLY KNOWN AS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor EverBank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 21, 2022 | Form ID: 148 | Total Noticed: 23 |

on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Mitchell L Chambers, Jr.
    on behalf of Debtor Joseph W Carr ecfbc@comcast.net

Mitchell L Chambers, Jr.
    on behalf of Joint Debtor Angela M Carr ecfbc@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9