UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-25365-ABA |
| | Chapter: 7 |
| Joseph W Carr and Angela M Carr | Judge:    Andrew B. Altenburg Jr. |

NOTICE OF PROPOSED ABANDONMENT

    DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk, US Bankruptcy court
> 401 Market Street
> Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on August 30, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

> Description and value of property:
>
> $180,000.00  1717 Herbert Blvd Williamstown, NJ  08094

> Liens on property:
>
> $188,366.00  Bank of America
>
> $8,915.04 Kennedy Health System

> Amount of Equity claimed as exempt:
>
> $0

Objections must be served on, and requests for additional information directed to:

Name: <u>Douglas S. Stanger</u>

Address: <u>646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221</u>

Telephone No. <u>(609) 645-1881</u>

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-25365-ABA
Joseph W Carr  Chapter 7
Angela M Carr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jul 28, 2022　　　　　　　　　Form ID: pdf905　　　　　　　　　　Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph W Carr, Angela M Carr, 1717 Herbert Blvd., Williamstown, NJ 08094-8613 |
| 517775290 | + | Cardiovascular Assoc of Delaware Valley, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517677931 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517677932 | + | Kennedy Health System, P.O. Box 48023, Newark, NJ 07101-4823 |
| 517677933 | | LOURDES CARDIOLOGY, 105 LAUREL OAK ROAD, STE 165, Voorhees, NJ 08043 |
| 517677934 | + | LOURDES HOSPITAL, 1600 HADDON AVENUE, Camden, NJ 08103-3101 |
| 517677935 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | Bank of America, c/o Managing Officer, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 517677927 | | Email/Text: paymentprocessing@avanteusa.com | Jul 28 2022 20:39:00 | Avante, 3600 South Gessner Road, Ste 225, Houston, TX 77063 |
| 517677926 | ^ | MEBN | Jul 28 2022 20:36:29 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517795843 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 20:48:44 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517677928 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, Tampa, FL 33634-2413 |
| 517677930 | + | Email/Text: bknotice@ercbpo.com | Jul 28 2022 20:40:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 517677929 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 28 2022 20:40:00 | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 517797875 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 20:48:53 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf905 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 517677936 | + | Email/Text: clientservices@remexinc.com | Jul 28 2022 20:40:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517694489 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2022 20:48:45 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517806188 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 20:39:00 | TIAA, FSB, FORMERLY KNOWN AS EVERBANK, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517810569 | + | Email/Text: BKRMailOps@weltman.com | Jul 28 2022 20:40:00 | U.S Asset Management, c/o Weltman,Weinberg and Reis Co. L.P.A., 323 West Lakeside Avenue, Cleveland OH 44113-1085 |
| 517803906 | + | Email/Text: BKRMailOps@weltman.com | Jul 28 2022 20:40:00 | U.S. Asset Management, c/o Weltman,Weinberg,and Reis Co.,L.P.A., PO Box 93784, Cleveland, OH 44101-5784 |
| 517700953 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 28 2022 20:48:48 | U.S. Dept of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517677937 | ##+ | THOMAS AND COOK, 57 COOPER STREET, 2ND FLOOR, Woodbury, NJ 08096-4650 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor EverBank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor TIAA  FSB, FORMERLY KNOWN AS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2022 | Form ID: pdf905 | Total Noticed: 23

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor EverBank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor TIAA FSB, FORMERLY KNOWN AS kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Joseph W Carr ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Angela M Carr ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10