Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−25365−ABA
          Chapter:  7
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph W Carr | Angela M Carr |
| 1717 Herbert Blvd. | 1717 Herbert Blvd. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
  xxx−xx−4299                       xxx−xx−2785

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Priscilla Quiles , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1717 Herbert Blvd Williamstown, NJ 08094

Dated: August 24, 2022
JAN:

                                                                            Jeanne Naughton
                                                                            Clerk